

# Fourth Court of Appeals
## San Antonio, Texas

March 6, 2019

No. 04-18-00502-CR

Ronardo **FAIRLY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR3148
Honorable Joey Contreras, Judge Presiding

# O R D E R

After Appellant's court-appointed counsel filed an *Anders* brief, on February 28, 2019, we notified Appellant that if he desires to file a pro se brief, he must file it by April 1, 2019. *See* TEX. R. APP. P. 38.6(a). On the same day, Appellant filed a pro se motion for access to the appellate record and a motion for extension of time to file his pro se brief.

We direct the clerk of this court to send Appellant, by first-class mail, a printed copy of the clerk's and reporter's records at no cost to Appellant, and to mail the records within one day of the date of this order.

Appellant's motion for an extension of time to file his brief is GRANTED. If Appellant chooses to file a pro se brief, we ORDER Appellant to file his brief within FORTY DAYS of the date of this order. *See* TEX. R. APP. P. 38.6(a). If Appellant files a pro se brief, the State may file a responsive brief not later than thirty days after the date Appellant's pro se brief is filed in this court. *See id.* R. 38.6(b).

If this court determines Appellant's appeal is frivolous, Appellant may file a petition for discretionary review with the Texas Court of Criminal Appeals. *See* TEX. R. APP. P. 68.4. Appellant must file the petition with the Clerk of the Court of Criminal Appeals within thirty days after this court issues its judgment. *See* TEX. R. APP. P. 68.2(a). The petition should be addressed to Clerk of the Court of Criminal Appeals, P.O. Box 12308, Austin, Texas 78711.

Counsel's motion to withdraw is held in abeyance pending further order of this court.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of March, 2019.



KEITH E. HOTTLE,
Clerk of Court